# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2822
_____

TEDDY STOKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

June 26, 2019

PER CURIAM.

AFFIRMED. *See Goodwin v. State*, 752 So. 2d 689, 691 (Fla. 1st DCA 2001).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Teddy Stokes, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.